**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | | |
|---|---|---|
| **UNITED STATE OF AMERICA** | ) | |
| | ) | |
| | ) | **4:08CR00306** |
| | ) | |
| **JOSHUA L. HELMS** | ) | |

**ORDER**

The government's motion to dismiss the information (docket entry no. 3) is granted, and the information is dismissed.

IT IS SO ORDERED this   22   day of October, 2008.

_____
UNITED STATES MAGISTRATE JUDGE